NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

18-876
consolidated with 18-644

ERIC DEWAYNE CURTIS

VERSUS

MICHELS CORPORATION, ET AL

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. 2017-104
HONORABLE E. DAVID DESHOTELS, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

PHYLLIS M. KEATY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Phyllis M. Keaty, and John E. Conery, Judges.

AFFIRMED.

Allen J. Krouse, III
Suzanne M. Risey
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
(504) 599-8000
Counsel for Defendants/Appellants:
    Michels Corporation
    William Fee

**Christian C. Creed**
**Creed and Creed**
**1805 Tower Drive**
**Monroe, Louisiana  71201**
**(318) 387-5800**
**Counsel for Plaintiff/Appellee:**
      **Eric DeWayne Curtis**

**Catherine Leary**
**Attorney at Law**
**Post Office Box 472**
**Westwego, Louisiana  70096**
**(504) 436-9648**
**Counsel for Plaintiff/Appellee:**
      **Eric DeWayne Curtis**

**Michael Hays**
**Michael Hays Law, PLLC**
**10000 Memorial Drive, Suite 300**
**Houston, Texas  77024**
**(713) 752-8300**
**Counsel for Plaintiff/Appellee:**
      **Eric Dewayne Curtis**

**KEATY, Judge.**

Michels Corporation and William Fee appeal the trial court's judgment granting an exception of prescription with respect to certain decretal language that was not included therein. For the reasons set forth in the consolidated and companion case hereto, *Curtis v. Michels Corp.*, 18-644 (La.App. 3 Cir. __/__/__) (unpublished opinion), the trial court's judgment is affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.